UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN PACIULLO,<br><br>  Plaintiff,<br><br> - against -<br><br>MOTHER BRAND LLC<br><br>  Defendant. | Case No. 20-cv-4785-JSR |

## (PROPOSED) ORDER

Because the parties have reached a settlement in principle, the Court hereby administratively dismisses the above-captioned case with the right to reopen the case within 30 days if the parties have not submitted a notice of voluntary dismissal.

SO ORDERED:

7/20/20

Hon. Jed. S. Rakoff